No. 74–568.  ESTEP, A MINOR, BY STANLEY *v.* JANLER PLASTIC MOLD CORP.  Sup. Ct. Ill.  Certiorari denied.

No. 74–569.  ELLIS *v.* HAWAII.  Sup. Ct. Hawaii. Certiorari denied.

No. 74–570.  DEAN *v.* FORD MOTOR CO.  C. A. 9th Cir. Certiorari denied.

No. 74–581.  CALIFORNIA MOVING & STORAGE ASSN. ET AL. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA. Sup. Ct. Cal.  Certiorari denied.

No. 74–582.  PICARD *v.* RHODE ISLAND.  Sup. Ct. R. I. Certiorari denied.

No. 74–585.  STANJIM CO. ET AL. *v.* BOARD OF REVISION OF MAHONING COUNTY ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 74–589.  BROWN *v.* BAYLOR UNIVERSITY MEDICAL CENTER AT DALLAS, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 74–590.  KASTNER, T/A LIBERTY BELL DISCOUNT, ET AL. *v.* PENNSYLVANIA DEPARTMENT OF TRANSPORTATION.  Pa. Commw. Ct.  Certiorari denied.

No. 74–598.  EDUCATION/INSTRUCCION, INC., ET AL. *v.* MOORE, CHAIRMAN, CAPITOL REGIONAL PLANNING AGENCY OF CONNECTICUT, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 74–600.  LATURNER ET AL. *v.* BURLINGTON NORTHERN, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.